Case 3:23-cv-00056-BJD-MCR   Document 11   Filed 03/18/23   Page 1 of 3 PageID 49

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:23-cv-0056

RICHARD R. DRUASH,

    *Plaintiff*,

v.

PROCOLLECT, INC., MAXUS PROPERTIES, LLC d/b/a MAXUS PROPERTIES, and ELEMENTS ACQUISITION, LLC d/b/a ELEMENTS OF BELLE RIVE APARTMENTS,

    *Defendants*.

                                   /

**DEFENDANT PROCOLLECT, INC.'S DISCLOSURE
STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to FED. R. CIV. P. 7.1, Defendant ProCollect, Inc. ("Defendant" or "ProCollect")

provides the following information:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

None.

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

    1.    Richard R. Druash – Plaintiff
              c/o Franklin A. Jara, Esq.
              SULAIMAN LAW GROUP, LTD.
              2500 South Highland Avenue
              Suite 200
              Lombard, IL 60148
              Telephone: (333) 272-8010

DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS    PAGE 1

2. Franklin A. Jara, Esq.
   SULAIMAN LAW GROUP, LTD.
   2500 South Highland Avenue
   Suite 200
   Lombard, IL 60148
   Telephone: (331) 272-8010

3. ProCollect, Inc. – Defendant (Texas corporation – not publicly held)
   c/o Ronnie Guillen, Esq.
   WINGET, SPADAFORA, SCHWARTZBERG, LLP
   14 NE 1st Avenue, Suite 600
   Miami, FL 33132
   (305) 830-0600 – Telephone
   (305) 830-0601 – Telecopy
   Guillen.R@wssllp.com

4. Maxus Properties, LLC
   c/o Ronnie Guillen, Esq.
   WINGET, SPADAFORA, SCHWARTZBERG, LLP
   14 NE 1st Avenue, Suite 600
   Miami, FL 33132
   (305) 830-0600 – Telephone
   (305) 830-0601 – Telecopy
   Guillen.R@wssllp.com

5. Elements Acquisition, LLC d/b/a Elements of Belle Rive Apartments
   c/o Ronnie Guillen, Esq.
   WINGET, SPADAFORA, SCHWARTZBERG, LLP
   14 NE 1st Avenue, Suite 600
   Miami, FL 33132
   (305) 830-0600 – Telephone
   (305) 830-0601 – Telecopy
   Guillen.R@wssllp.com

Respectfully submitted,

By: */s/ Ronnie Guillen*
 Ronnie Guillen
 Fla. Bar No. 842001

WINGET, SPADAFORA, SCHWARTZBERG, LLP
One Southeast Third Avenue, Suite 1950
Miami, FL 33131
(305) 830-0600 – Telephone
(305) 830-0601 – Telecopy
Guillen.R@wssllp.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

On March 18, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Middle District of Florida using the electronic case filing system of the court, thereby providing service to all parties.

Franklin A. Jara, Esq. VIA ECF
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, IL 60148
fjara@sulaimanlaw.com

ATTORNEY FOR PLAINTIFF

 By: */s/ Ronnie Guillen*
 Ronnie Guillen
 Fla Bar No. 842001